# UNITED STATES DISTRICT COURT
## for the

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 8 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

_____Western_____ District of _____Virginia_____

United States of America )
v. )
Carroll Owen )
) Case No: 4:01CR70015-001
) USM No: 09195-084
Date of Previous Judgment: __February 20, 2002__ )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ❏ the defendant ❏ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____121_____ months **is reduced to** _____120 months_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____29_____          Amended Offense Level: _____27_____
Criminal History Category: _____IV_____       Criminal History Category: _____IV_____
Previous Guideline Range: __121__ to __151__ months    Amended Guideline Range: __120__ to __125__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

## III. ADDITIONAL COMMENTS
120 months is the statutory minimum. The sentence is 120 months on all Counts to run concurrently.

Except as provided above, all provisions of the judgment dated _____2/20/2002_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __3-27-08__

_Jackson L. Kiser_
Judge's signature

Effective Date: __4/7/2008__           Jackson Kiser, Senior United States District Judge
(if different from order date)                 Printed name and title